EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| [ ] FEPA | |
| [X] EEOC | 440-2007-04266 |

**Illinois Department Of Human Rights** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Syed Wahid | (773) 743-5546 | 07-12-1954 |

Street Address: 6318 N. Kedzie Ave. Apt. 1-E, Chicago, IL 60659

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| GOODWILL | 500 or More | (847) 688-5338 |

Street Address: Po Box 88-7210, Great Lakes, IL 60088

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [X] NATIONAL ORIGIN
[ ] RETALIATION  [X] AGE  [X] DISABILITY  [ ] OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 07-24-2006   Latest: 07-24-2006
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with the above named Respondent on or about November 3, 2005. On July 19, 2006, I was in a physical altercation with another employee. On July 24, 2006, I was discharged, while the other employee who is non-Pakistani, non-disabled and not in the protected age group was not discharged.

I believe I have been discriminated against because of my national origin, Pakistani, in violation of Title VII of the Civil Rights Act of 1964, as amended, my disability, in violation of the Americans with Disabilities Act of 1990 and because of my age 53 (D.O.B. 07/12/1954), in violation of the Age Discrimination in Employment Act of 1967, as amended.

RECEIVED EEOC
APR 12 2007
CHICAGO DISTRICT OFC

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: Apr 12, 2007
Charging Party Signature: S. Masood Wahid

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN (month, day, year)

Exhibit A